**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 01-1263**

—————————

LOUIS A. RODRIGUEZ, SR.,

Plaintiff - Appellant,

versus

RIDGEWOOD SAVINGS BANK,

Defendant - Appellee.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-00-2077-A)

—————————

Submitted: July 26, 2001                    Decided: August 2, 2001

—————————

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Louis A. Rodriguez, Sr., Appellant Pro Se. Grady Craven Frank, Jr., Rebecca Everett Kuehn, LECLAIR RYAN, P.C., Alexandria, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Louis A. Rodriguez, a former resident of Queens, New York, now residing in Alexandria, Virginia, appeals the district court's order granting Defendant Ridgewood Savings Bank's motion to dismiss his complaint. After a review of the record, we find that the district court properly dismissed this action for lack of personal jurisdiction over Defendant. See Helicopteros Nacionales de Colombia S.A. v. Hall, 466 U.S. 408, 415-16 (1984).

We accordingly affirm the district court's order. We deny Rodriguez's motion to amend his complaint and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED